IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Frank M. Ventrella and Lisa M. Ventrella, | Case No. 11-12171 |
| Debtor(s). | Honorable D. Calendar |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES American Home Mortgage Servicing, Inc. (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about April 11, 2011, Movant filed its Proof of Claim as Claim Number 2 for a sum of $2,207.91 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on May 30, 2011, and confirmed on June 3, 2011, set-forth a pre-petition arrearage amount owed to American Home Mortgage Servicing, Inc., in the amount of $2,208.00.

3. Movant's pre-petition arrears of $2,207.91 were paid by the Chapter 13 Trustee in full.

4. The Debtors' post-petition payments to Movant were to be paid by the Debtors directly "outside" of the plan.

5. Relief was granted on October 28, 2011, Debtors are currently due for the June 1, 2011, post-petition payment.

6. The Debtors are currently due for post-petition attorney fees and costs in the amount of $1,275.00 incurred in this bankruptcy case. The arrears are as follows:

-2-

$150.00 to prepare and file Proof of Claim;
$650.00 to prepare and file Motion for Relief;
$150.00 Motion for Relief filing fee;
$75.00 to prepare and file Notice of Default;
$200.00 to prepare and file Response to Motion to Deem Current; and
$50.00 to prepare and file a Supplement to the Proof of Claim.

WHEREFORE, American Home Mortgage Servicing, Inc., prays that the Court declare that the post-petition payments, fees and costs are not current at this time.

American Home Mortgage Servicing, Inc.,

By: */s/ Heather M. Giannino*
One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719